STATE OF NEW JERSEY v. KLAUS SCOTT.

March 30, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL FITZGERALD.

March 30, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES QUEEN.

March 30, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. JUAN GUTIERREZ.

March 30, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. DAVID WASHINGTON.

March 30, 1971. Petition for certification granted.

LOUIS SARITSKY, *ET AL.* v. WILLIAM SHANFIELD v.
JAMES CHRISTAKOS, *ET AL.*

March 30, 1971. Petition for certification denied.